The Supreme Court docket number is SC 17008.

*Guy L. DePaul*, in support of the petition.

*J. Kevin Golger*, in opposition.

Decided June 4, 2003

FRANK RAYMOND ET AL. *v.* ZONING BOARD OF
APPEALS OF THE CITY OF NORWALK ET AL.

*Thomas M. Cassone*, in support of the petition.

*Robert L. Genuario* and *Robert A. Fuller*, in opposition.

Decided June 4, 2003

STATE OF CONNECTICUT *v.* JOHN E. VITALE, JR.

SULLIVAN, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*Michael A. D'Onofrio*, special public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided June 4, 2003